# Notice of Consent

By my signature below, I consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I authorize the filing and prosecution of an action in my name and on behalf of others similarly situated to recover unpaid wages,, liquidated damages, and all other relief provided under the Fair Labor Standards Act, the D.C. Minimum Wage Act, and any other applicable laws. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate the law firms of Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims. I also authorize the Attorneys to use this Consent Form to re-file my claims in a separate or related action against my employer(s).

*Brendan Harrington*                                                                     02/23/2022
Signature                                                                                                Date